UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-0095 |
| VERSUS | * | JUDGE TOM STAGG |
| CAMERINO ABRIGO-GIRON | * | MAG. JUDGE KAREN L. HAYES |

**REPORT AND RECOMMENDATION ON**
**FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea, and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant, Camerino Abrigo-Giron, on June 11, 2012. Defendant was present with an interpreter and his counsel, Ms. Betty Marak.

After said hearing, and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Count One of the Indictment, is fully supported by a written factual basis for each of the essential elements of the offense.

At the hearing, defendant waived the requirement for a pre-sentence report in return for the government's agreement to participate in fast-track sentencing. Defendant further waived his right to appeal and to collaterally attack the judgment. He requested immediate sentencing in Shreveport, Louisiana. Towards that end, defendant waived his right to object to the report and recommendation.

For the foregoing reasons,

IT IS RECOMMENDED that the District Court **ACCEPT** the guilty plea of the defendant, Camerino Abrigo-Giron, in accordance with the terms of the plea agreement filed in the record of these proceedings, orally amended as noted above, and that Camerino Abrigo-Giron be finally adjudged guilty of the offense charged in Count One of the Indictment.

IT IS FURTHER RECOMMENDED that the District Court immediately adopt the report and recommendation without passage of the customary delays, waive the pre-sentence report requirement, and set the matter for sentencing in Shreveport, Louisiana, at the court's earliest, available setting.

THUS DONE AND SIGNED in chambers, at Monroe, Louisiana, this 11th day of June 2012.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE