U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUN 12 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 12-0095** |
| **VERSUS** | * | **JUDGE TOM STAGG** |
| **CAMERINO ABRIGO-GIRON** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, with defendant having waived his right to object thereto, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Camerino Abrigo-Giron, and adjudges him guilty of the offense charged in Count One of the indictment against him.

IT IS FURTHER ORDERED that the requirement for a pre-sentence report is waived in this matter. The matter will be set for sentencing in Shreveport, Louisiana, at the court's earliest, available setting

THUS DONE AND SIGNED in chambers, this 12th day of June 2012, Shreveport, Louisiana.

TOM STAGG
UNITED STATES DISTRICT JUDGE